1

2

3                          UNITED STATES DISTRICT COURT

4                      FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6    MAIJOU MILLER,                             Case No.  1:25-cv-00615-BAM

7                  Plaintiff,                   **ORDER ON APPLICATION TO
                                                PROCEED *IN FORMA PAUPERIS* AND**
8           v.                                  **DIRECTING CLERK TO ISSUE
                                                SUMMONS AND SCHEDULING ORDER**
9    COMMISSIONER OF SOCIAL
     SECURITY,                                  (Doc. 2)
10
                 Defendant.
11

12

13          Pending before the Court is Plaintiff's application to proceed *in forma pauperis* under 28

14   U.S.C. § 1915.  Plaintiff has made the showing required by § 1915, and the request to proceed *in*

15   *forma pauperis* will be granted.  28 U.S.C. § 1915(a).  Accordingly, IT IS HEREBY ORDERED

16   as follows:

17          1.  Plaintiff's application to proceed *in forma pauperis* is GRANTED;

18          2.  The Clerk of the Court is directed to issue new case documents, including the

19              Scheduling Order;

20          3.  The Clerk of the Court also is directed to issue summons and service shall proceed

21              under the Court's E-Service program with the Clerk delivering to the Commissioner of

22              Social Security Administration and the United States Attorney's Office at their

23              designated email addresses, a notice of electronic filing of the action along with the

24              summons and complaint.

25

26   IT IS SO ORDERED.

27     Dated:   **May 27, 2025**                    /s/ *Barbara A. McAuliffe*

28                                              UNITED STATES MAGISTRATE JUDGE

                                               1