JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIJOU MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, COMMISIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:25-cv-00615-JLT-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from August 22, 2025 to October 21, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due

1

1 on the same week. For the weeks of August 18, 2025 and August 25, 2025,
2 Plaintiff's Counsel has eleven merit briefs due. Counsel requires additional time to
3 brief the issues thoroughly for the Court's consideration. Defendant does not
4 oppose the requested extension.  Counsel apologizes to the Defendant and Court
5 for any inconvenience this may cause.

Respectfully submitted,

Dated: July 30, 2025        PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff



Dated: July 30, 2025        KIMBERLY A. SANCHEZ
                            United States Attorney
                            MATHEW W. PILE
                            Associate General Counsel
                            Office of Program Litigation
                            Social Security Administration


By:  *\*/s/ Katherine Sarah Bowles*
    Katherine Sarah Bowles
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on July 30, 2025)

## **ORDER**

Pursuant to the parties' stipulation and good cause appearing, Plaintiff shall have a 60-day extension of time, from August 22, 2025 to October 21, 2025, for Plaintiff to serve Defendant with Plaintiff's motion for summary judgement. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **August 1, 2025**                         /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE